UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE McCULLOM,

      Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et. al.,

      Defendants.

Case No. 16-cv-3299-TEH

ORDER OF DISMISSAL

    Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed seven other civil rights actions in the last year. In the instant complaint, Plaintiff presents various allegations that were presented in prior complaints and in several instances Plaintiff identifies the case where those claims are presented. Plaintiff's allegations that jail guards are falsifying records and that judges, prosecutors, and defense attorneys are conspiring against him was presented in McCullom v. O'Malley, No. 16-0899 TEH, and the court is waiting for a second amended complaint from Plaintiff. Plaintiff's allegations that police officers are falsifying records and conspiring against him were presented in McCullom v. Whent, No. 16-1249 TEH, which was dismissed and closed. The court also notes that Plaintiff filed a case, McCullom v. Parker, No. 16-1054 TEH, that was dismissed as duplicative because it repeated allegations that were presented in McCullom v. O'Malley, No. 16-

0899 TEH.

  The instant case is dismissed as duplicative. See <u>Adams v. Cal. Dept. of Health Services</u>, 487 F.3d 684, 688 (9th Cir. 2007). Because Plaintiff has again filed a complaint that repeats allegations from his prior complaints, this action is also DISMISSED as frivolous and malicious. The Clerk shall close this case.

  IT IS SO ORDERED.

Dated: 7/21/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\McCullom3299.dis_dupl.docx