UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE McCULLOM,

    Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et. al.,

    Defendants.

Case No.   16-cv-3299-TEH

JUDGMENT

    Pursuant to the order of dismissal signed today, a judgment of dismissal with prejudice is entered against Plaintiff.

    IT IS SO ORDERED.

Dated: 7/21/2016

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\McCullom3299.jud.docx